

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00196-CV

| | | |
|---|---|---|
| Alex Farr, Leigh A. Simpson, Kyla Garcia, Gynette Rodriguez, Karan Hannah, Rebecca Britton, Nancy Bean, Rose Crusdale, Ashley Robinson, A.S., Next of Friend of | § | From the 236th District Court |
| J.S., a Minor, V.G. Next of Friend of S.G., a Minor, J.R. Next of Friend of T.R., a Minor, K.H., Next of Friend of K.H., a Minor, Delila Perrerira, In Her Own Right and As Next of Friend of | § | of Tarrant County (236-291133-17) |
| A.M., a Minor, T.D., Next of Friend of C.D., A Minor., and Jasmine Crockett | § | July 19, 2018 |
| v. | | |
| Arlington Independent School District, Arlington Independent School District Board of Trustees, Jamie Sullins, and Marcelo Cavazos | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
     Justice Lee Gabriel